UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS R. ALBERS, *et al.*,

    Plaintiffs,

v.

FREDDIE N. SIMPSON, *et al.*,

    Defendants
_____/

Case No. 21-cv-11834
Hon. Matthew F. Leitman

## ORDER ON STATUS CONFERENCE AND SETTING BRIEFING SCHEDULE

On August 13, 2021, the Court held an on-the-record video status conference in this action to discuss proceedings in connection with a motion for preliminary injunction that Plaintiffs plan to file and a motion to dismiss that Defendants plan to file. Following the hearing, counsel for Defendants informed the Court that Defendants will not hold any of the founding conventions identified in the Complaint before October 25, 2021.

Given that confirmation, the Court sets the following briefing schedule. With respect to Plaintiffs' motion for preliminary injunction:

- Plaintiffs' shall file their motion for preliminary injunction by no later than **August 16, 2021**;

- Defendants shall file a response to the motion for preliminary injunction by no later than **September 3, 2021**; and

- Plaintiffs shall file a reply brief by no later than **September 10, 2021**.

With respect to Defendants' motion to dismiss:

- Defendants shall file their motion to dismiss by no later than **August 27, 2021**;

- Plaintiffs shall file a response to the motion to dismiss by no later than **September 15, 2021**; and

- Defendants shall file a reply brief by no later than **September 22, 2021**.

The Court will schedule a hearing on the motions.

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman  
                                                  MATTHEW F. LEITMAN  
                                                  UNITED STATES DISTRICT JUDGE

Dated:  August 16, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 16, 2021, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda  
                                                  Case Manager  
                                                  (810) 341-9764