UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS R. ALBERS, *et al.*,

    Plaintiffs,

vs.

    Case No. 4-21-cv-11834
    Hon. Matthew F. Leitman

FREDDIE N. SIMPSON, *et al.*,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO APPROVE THE SETTLEMENT AGREEMENT AND CONSENT ORDER AND DISMISING WITH PREJUDICE PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT

With respect to the above-captioned and referenced action, the parties' Joint Motion to Approve the Settlement Agreement and Consent Order and to Dismiss with prejudice Plaintiffs' Complaint and Amended Complaint (ECF 1, 18) is hereby GRANTED.

The Settlement Agreement and Consent Order (and its Attachments 1-6) are approved.

Plaintiffs' Complaint and Amended Complaint (ECF 1, 18) are hereby dismissed with prejudice.

Pursuant to the parties' request, the Court shall retain jurisdiction to enforce the Settlement Agreement and Consent Order, consistent with the Supreme Court's decision in *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994).

Each party shall pay its respective fees, costs, and expenses related to the litigation of this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: December 10, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 10, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764